# Financial Disclosure Incomplete

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berzon, Marsha S. | 01/19/1998 |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____     Date _1/30/9P_

Note:     Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

**FILING INSTRUCTIONS**

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

27-G

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | $ 5,000. | 00 | | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | — | — | — | Notes payable to banks—unsecured | | | |
| Listed securities—add schedule (Sch. A) | 953,601. | 00 | | Notes payable to relatives | | | |
| Unlisted securities—add schedule | — | — | — | Notes payable to others | | | |
| Accounts and notes receivable: | — | — | — | Accounts and bills due | | | |
| Due from relatives and friends | — | — | — | Unpaid income tax | | | |
| Due from others | — | — | — | Other unpaid tax and interest | | | |
| Doubtful | — | — | — | Real estate mortgages payable—add schedule See Sch. F | 129, | 618. | 00 |
| Real estate owned—add schedule See Sch. F | 700, 000. | 00 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | | |
| Autos and other personal property | 80, 000. | 00 | | | | | |
| Cash value—life insurance | | | | | | | |
| Other assets—itemize: | | | | | | | |
| Money Market Fund (Sch. B) | 1,226, 636 | .00 | | | | | |
| Retirement Funds (Sch. C)* | 425, 442 | .00 | | | | | |
| Spouse's Retirement Funds (Sch.D | * 339, 782 | .00 | | Total liabilities | 129, | 618. | 00 |
| Daughter's Accounts (Sch. E) | 43, 543 | .00 | | Net Worth | 3,644 | 386 | 00 |
| Total Assets | 3,774 004 | .00 | | Total liabilities and net worth | 3,774 | 004 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | | | No |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | | No |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | No |
| Provision for Federal Income Tax | Due 4/15/98 | 75, 000 | .00 | | | | |
| Other special debt | on 1997 income | | | | | | |

* (Subject to tax)

| Stocks | Shares | Value |
|---|---|---|
| AT & T | 23 | 1,495.00 |
| Bell Atlantic | 8 | 1,247.75 |
| Bell South | 18 | 1,050.75 |
| Coca Cola | 800 | 52,000.00 |
| John H. Harland | 2,000 | 35,625.00 |
| Lucent Technologies | 7 | 528.06 |
| Mattel | 97 | 3,819.38 |
| Quaker Oats | 200 | 10,500.00 |

| Mutual Funds | Shares | Value |
|---|---|---|
| Dreyfus Appreciation Fund | 648.92 | 21,070.43 |
| Dreyfus Emerging Leaders Fund | 1,369.278 | 32,410.81 |
| Dreyfus New Leaders Fund | 1,657.002 | 71,217.95 |
| Jurika & Voyles Mini-Cap Fund | 23,803.894 | 438,705.77 |
| Robertson Stephens Growth & Income Fund | 19,201.26 | 253,069.52 |
| Van Wagoner Emergency Growth Fund | 3,156.566 | 30,145.21 |
| Van Wagoner Micro Cap Fund | 3, 498.95 | 32,715.18 |

Total Listed Securities:                                    $953,600.81

Stephen P. Berzon IRA:

| | Shares | Value |
|---|---|---|
| American Funds Washington Mutual Inv. Fund | 3,100.952 | $99,794.67 |

Altshuler Berzon et al. Profit Sharing Plan

| | | |
|---|---|---|
| AIM Weingarten Fund | 2,318.808 | 45,332.70 |
| AIM Constellation Fund | 3,488.681 | 88,961.37 |
| AIM International Equity Fund | 241.730 | 3,954.70 |
| AIM Global Aggressive Growth Fund | 481.078 | 7,783.84 |
| AIM Aggressive Growth Fund | 1,548.607 | 68,185.17 |

Altshuler Berzon et al. Money Purchase Plan

| | | |
|---|---|---|
| AIM Weingarten | 469.112 | 9,171.14 |
| AIM Constellation Fund | 345.665 | 8,814.46 |
| AIM Global Aggressive Growth Fund | 481.078 | 7,783.84 |

Total Retirement Accounts SPB:                          $339,781.89

27-K